No. 825. ELGIN, JOLIET & EASTERN RAILWAY COMPANY *v. UNITED STATES*. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Mr. Wm. D. McKenzie* for petitioner. *The Solicitor General* for the United States.